```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     E-mail:    alex.wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-mj-02807 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | (UNDER SEAL) |
| RUIXUE SHI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED. The complaint and any related documents in the above-titled case (but not the arrest warrant for the charged defendant), the government's sealing application, and this Order shall be kept under seal until such time as the charged defendant is taken into custody on the charges in the complaint.

June 17, 2020
DATE

HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

~~The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.~~

_____     _____
DATE                          HONORABLE MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ Alexander C.K. Wyman*
_____
ALEXANDER C.K. WYMAN
Assistant United States Attorney

2