Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov

FILED
2020 JUN 19 AM 10: 35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: 20MJ02807 |
|---|---|
| PLAINTIFF V. | |
| RUIXUE SHI | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/19/2020, 6:15   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    18 USC 1343 - Wire Fraud

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☒ Yes   Language: Mandarin

7. Year of Birth: 1984

8. Defendant has retained counsel:   ☐ No
    ☒ Yes   Name: Kelvin LNU   Phone Number: 626-673-2367

9. Name of Pretrial Services Officer notified: Judith Glasco

10. Remarks (if any): _____

11. Name: SA Patrick Feders   (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: /s/ Patrick Feders

15. Date: 6/19/2020

CR-64 (06/20)   REPORT COMMENCING CRIMINAL ACTION