ROBERT M. HELFEND, SBN 113380
23838 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
310-456-3317
rmhelfend@gmail.com
Attorney for Defendant
RUIXUE SHI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   No. 2:20-mj-02807
                                       )
              Plaintiff,               )   ORDER MODIFYING TERMS OF
                                       )   PRETRIAL RELEASE
              v.                       )
                                       )
RUIXUE SHI,                            )
                                       )
              Defendant.               )
                                       )
_____)

        Pursuant to the stipulation of the parties requesting a Modification of Ms. Shi's

Terms of Pretrial Release.

**FOR GOOD CAUSE SHOWN**

        **IT IS HEREBY ORDERED** that:

1.Ms. Shi is permitted to accompany her daughter outside of her residence, once a

week, upon prior notification of her Pretrial Services Officer;

2. Beginning in the month of August, 2020 Ms. Shi be permitted to drive her daughter to

her daughter's pre-school class and pick her daughter up, upon prior notification of Ms.

Shi's Pretrial Services Officer.

Dated: June 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE
     JEAN P. ROSENBLUTH

Submitted by:


____/s/_____
ROBERT M. HELFEND
Attorney for Defendant,
     RUIXUE SHI