NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    Facsimile: (213) 894-6269
    E-mail:    alex.wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    Plaintiff,      v.  RUIXUE SHI,    Defendant. | No. MJ 20-2807  [~~PROPOSED~~] ORDER CONTINUING DATE BY WHICH AN INDICTMENT OR INFORMATION MUST BE FILED AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT  **[~~PROPOSED~~] POST-INDICTMENT ARRAIGNMENT DATE:**     July 23, 2020, at 12:00 p.m. |
|---|---|

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Date by Which an Indictment or Information Must Be Filed and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 6, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the date by which an indictment or information must be filed in this matter, and provides good cause

for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the arrest of defendant occurred at a time such that it is unreasonable to expect return and filing of an indictment within the time period specified in 18 U.S.C. § 3161(b); (ii) the facts upon which the grand jury must base its determination are complex and, thus, it would be unreasonable to expect return and filing of an indictment within the period specified in 18 U.S.C. § 3161(b); and (iii) the ends of justice outweigh the interest of the public and defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date by which an indictment or information must be filed in this matter is continued from July 19, 2020, to August 19, 2020. Post-indictment arraignment is continued from July 16, 2020, at 11:30 a.m., to August 20, 2020, at 11:30 a.m.

2. The time period from July 19, 2020, to August 19, 2020, inclusive, is excluded in computing the time within which the indictment or information must be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear in the duty courtroom of the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, on August 20, 2020, at 11:30 a.m., for post-indictment arraignment.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which the indictment or

information must be filed. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which the indictment or information must be filed.

IT IS SO ORDERED.

7/7/2020
DATE

HONORABLE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
ALEXANDER C.K. WYMAN
Assistant United States Attorney

3