Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles and Riverside criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

2020 AUG 13  AM 11:46

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:20-MJ-02807 |
|---|---|
| Ruixue Shi<br>USMS# 79501-112<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9:00am  8/13/2020  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 3148 VIOLATION OF PRETRIAL RELEASE

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: Mandarin

7. Year of Birth: 1984

8. Defendant has retained counsel:  ☐ No  ☒ Yes  Name: Caleb E. Mason  Phone Number: 213-688-0460

9. Name of Pretrial Services Officer notified: Ninnetta Smith

10. Remarks (if any): _____

11. Name: Job Gudino  (please print)

12. Office Phone Number: 213-798-1714

13. Agency: U.S.M.S

14. Signature: [signed]

15. Date: 08/13/2020

CR-64 (07/20)  REPORT COMMENCING CRIMINAL ACTION